## Ex parte L. S. FLANNERY.

No. A-4013.  Opinion Filed March 29, 1922.
(205 Pac. 203.)

(Syllabus.)

**Municipal Corporations—Penalties in Excess of $20 for Violation of Ordinance Illegal.** It is beyond the power of the law-making body of a municipal corporation in this state to impose penalties in excess of $20 for the violation of a city ordinance.

L. S. Flannery was convicted of disturbing the peace, and was committed to jail on refusal to pay a fine of $100, and he brings habeas corpus. Writ allowed, and petitioner ordered discharged.

W. K. Moore and Wm. J. Rieker, for petitioner.

James Q. Louthan, for respondent.

PER CURIAM.  The applicant was, on June 10, 1921, in the municipal court of Ponca City, tried and convicted on two charges of disturbing the peace, in violation of a municipal ordinance of said city, and his punishment in each case was fixed at a fine of $100, pursuant to the penal provisions of the ordinance. The applicant refused to pay these fines and costs, and was thereupon ordered committed to the city jail, and was so committed. The applicant then instituted habeas corpus proceedings here, alleging that he is illegally restrained of his liberty, on the grounds that the municipal court was without jurisdiction to impose such a penalty, and that the judgment and conviction so had is void and in violation of the Constitution of the state of Oklahoma.

The court finds that the application should be sustained on authority of Ex parte Bochmann, 20 Okla. Cr. 78, 201 Pac. 537, and Ex parte Johnson, 20 Okla. Cr. 66, 201 Pac. 533. The writ is therefore allowed, and the petitioner ordered discharged.